# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

IN RE:

CORY LAMON CHENAULT,
    DEBTOR

CHAPTER 7

CASE NO. 17-51449

CORY LAMON CHENAULT
    PLAINTIFF

VS.

CENTRAL KENTUCKY MANAGEMENT, SVC. INC.
UK HEALTHCARE HOSPITALS
    DEFENDANT(S)

EASTERN DISTRICT OF KENTUCKY
FILED
AT 2 O'CLOCK & 14 MIN PM
DEC 20 2017
AT LEXINGTON
U.S. BANKRUPTCY COURT

## DEBTORS COMPLAINT FOR VIOLATION OF THE AUTOMATIC STAY

COMES NOW, CORY LAMON CHENAULT SR., PRO'SE WITHOUT WAIVING ANY DEFENSES, OBJECTIONS, OR ISSUES OF JURISDICTION, SUFFICIENCY OF SERVICE OF PROCESS AND

VENUE, RESPECTFULLY MOVES THIS COURT TO INVESTIGATE AND/OR PROSECUTE VIOLATION OF THE AUTOMATIC STAY, PURSUANT TO 28 U.S.C. §157(b)(1), 11 U.S.C. §362(a)(6), (h), (k).. THIS MOTION FOR VIOLATION OF THE AUTOMATIC STAY COMES AS FOLLOWED:

1. PLAINTIFF, CORY LAMON CHENAULT, ARE DEBTOR IN THE UNDERLYING BANKRUPTCY CASE AND RESIDE AT 1598 RUSSELL CAVE RD. LEXINGTON, KY 40505.

2. DEFENDANT(S) CENTRAL KENTUCKY MANAGEMENT SVC., INC., IS A CORPORATION WITH AN OFFICE AFFILIATION WITH UK HEALTHCARE HOSPITALS LOCATED AT 1000 SOUTH LIMESTONE PAVILION A LEXINGTON, KY 40536

3. JURISDICTION OF THIS COURT IS PROPER PURSUANT TO 28 U.S.C. §157(b)(1) IN THAT THIS ACTION ARISES UNDER THE CHAPTER 7 BANKRUPTCY CASE IN RE CORY LAMON CHENAULT FILED IN THIS DISTRICT AND DIVISION CASE NUMBER 17-51449-grs

4. PLAINTIFF FILED CHAPTER 7 CASE ON JULY 19, 2017.

5. IN THE MONTH(S) OF JULY AND AUGUST OF 2017, DEFENDANT(S) PLACE OF BUSINESS WAS LOCATED FOR NOTICE OF CHAPTER 7 BANKRUPTCY CASE.

6. IT IS BELIEVED, AND THEREFORE AVERRED, THAT IN JULY AND AUGUST 2017, DEFENDANT(S) ALSO RECEIVED MAIL AT LOCATED BUSINESS ADDRESS.

7. ON AUGUST 22, 2017 AT 11:30 A.M., THE 341 MEETING HEARING. (ATTACHED HERETO AS EXHIBIT A)

8. THE DEFENDANT(S), NOR REPRESENTATIVE OF SAID PARTIES APPEARED AT THE 341 MEETING.

9. ON ABOUT AUGUST 23, 2017, THE PLAINTIFF RECEIVED NOTICE FROM STATE FARM AUTO CLAIMS THAT PAYMENT OF PERSONAL INJURY BENEFITS WAS PAID TO UK HEALTHCARE HOSPITALS, UNDER THE ADDRESS AFFILIATED WITH CENTRAL KENTUCKY MANAGEMENT SVC., INC. (ATTACHED HERETO AS EXHIBIT B)

10. THE DEFENDANT(S) RECEIVED THE AMOUNT OF $10,000 ON AUGUST 22, 2017, AND ON AUGUST 30, 2017 CASH SAID PAYMENT. (ATTACHED HERETO AS EXHIBIT B)

11. PLAINTIFF HAS MADE IN WRITING ON SEPTEMBER 05, 2017, ATTEMPT TO CONTACT THE DEFENDANT(S) BY MAIL.. (ATTACHED HERETO AS EXHIBIT C)

12. DEFENDANT(S) DIDN'T RESPOND, NOR WAS THERE ANY ATTEMPT MADE TO CONTACT PLAINTIFF..

13. THE DEFENDANT(S) CONDUCT HAS CAUSED PLAINTIFF TO EXPERIENCE WORRIES AND CONCERNS THAT ARE SEPARATE FROM THE ANXIETY FELT ABOUT THE BANKRUPTCY. REACTIONS AND EMOTIONS WERE NOT FLEETING OR INCONSEQUENTIAL. PLAINTIFF SUFFERED SIGNIFICANT EMOTIONAL HARM AS A RESULT OF DEFENDANT(S) CONDUCT IN WILLFULLY VIOLATING THE AUTOMATIC STAY. THE CIRCUMSTANCES SURROUNDING THE VIOLATION MAKE IT OBVIOUS THAT A REASONABLE PERSON WOULD SUFFER SIGNIFICANT EMOTIONAL HARM.

THE FOREGOING PLAINTIFF HEREIN BY REFERENCE FLEET MORTGAGE GROUP, INC. V. KANEB, 1999 WL 1006329 (1st Cir.), KANE V. NAT'L UNION FIRE INS CO. 535 F3d 380, 385 (5th Cir. 2008), BRYNER 425 BR 601 (10th Cir. 2010).

DEFENDANT(S) CONDUCT VIOLATED 11 U.S.C. §362(a)

WHEREFORE, PLAINTIFF REQUEST AN ORDER DECLARING THE DEFENDANT(S) GUILTY OF CIVIL CONTEMPT BY VIOLATING THE AUTOMATIC STAY, AND AWARDING PLAINTIFF COMPENSATORY DAMAGES, PUNITIVE DAMAGES, AND COST PURSUANT TO 11 U.S.C. §362(k) AND FOR CONTEMPT OF COURT.

FURTHERMORE, PLAINTIFF MAYBE ENTITLED TO ATTORNEY FEE PURSUANT TO 11 U.S.C. §362(k), AND REQUEST AWARD REASONABLE.

RESPECTFULLY SUBMITTED,
CC Chenault Sr.
CORY LAMON CHENAULT
PRO SE
1598 RUSSELL CAVE RD.
LEXINGTON, KY 40505

PLAINTIFF, MOVES THIS COURT UNDER FED. R. BANKR. P. 7012, SHALL GIVE CONSENT TO ENTRY OF FINAL ORDERS OR JUDMENT BY THE BANKRUPTCY COURT. WHEREFORE, THE PLAINTIFF IN GOOD FAITH REQUEST THAT THIS COURT ENTER VIOLATION OF AUTOMATIC STAY IN FAVOR OF PLAINTIFF.

CORY LAMON CHENAULT                    CASE NO.# 17-51449
1598 RUSSELL CAVE ROAD
LEXINGTON, KY 40505


### CERTIFICATION NOTICE

THE ABOVE, HEREBY CERTIFY THAT NOTICE SERVE TO SAID PARTY OR PARTIES..

DATE: 12·20·2017                       CLERK:


THIS NOTICE WAS SERVED BY FIRST CLASS MAIL DELIVERING A TRUE COPY AND DOCUMENT TO:

UK HEALTHCARE            CENTRAL KENTUCKY MANAGEMENT SVE.
P.O. BOX 1688            LOCKBOX 951336
LEXINGTON, KY 40588      CLEVELAND, OH 44193


THIS 20 DAY OF DECEMBER, 2017
          SERVED BY MAIL:

UK HEALTHCARE DEPARTMENT
OF PATIENT ACCOUNT ROOM A 101
1000 SOUTH LIMESTONE PAVILION A
LEXINGTON, KY 40536